HON. FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MOLLY M. WARE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. C09-5159FDB |
| THE GEO GROUP, INC., | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME**

Having considered plaintiff's Motion to Extend Time for Date of Notation on Defendant's Motion for Summary Judgment, filed October 8, 2009 [Document No. 12], and all appropriate responses and objections thereto,

IT IS ORDERED that plaintiff's Motion to Extend Time for Date of Notation on Defendant's Motion for Summary Judgment is GRANTED. The date of notation for defendant's Motion for Summary Judgment is hereby reset from October 30, 2009, to November 13, 2009.

DATED this 22nd day of October, 2009.

                                                           _s/Pat LeFrois_____
                                                         Clerk for Franklin D. Burgess
                                                         U.S. District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND
TIME FOR DATE OF NOTATION ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - Page 1

**Terry A. Venneberg**
Attorney at Law
3425 Harborview Drive
Gig Harbor WA 98332
(253) 858-6601
(253) 858-6603 fax