HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MOLLY M. WARE,

                Plaintiff,

v.

THE GEO GROUP, INC.,

                Defendant.

No. 3:09-CV-05159-RBL

ORDER DENYING GEO GROUP,
INC.'S MOTION FOR
RECONSIDERATION

This matter is before the Court on the GEO GROUP INC.'s Motion for Reconsideration. [Dkt. #35]. The Court has reviewed and considered the Motion.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not Reconsider its prior ruling. [Dkt. #34].

It is ORDERED that Defendants' Motion for Reconsideration [Dkt. #35] is DENIED.

DATED this 17th day of December, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE